

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Barrow Shaver Resources Company LLC, Kathryn M. Dawson, and Michael Ray Hill, Appellants

No. 06-20-00081-CV      v.

NETX Acquisitions, LLC, and Thomas C. Merritt, Trustee, Appellees

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 19C090). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and enter judgment that Kathryn M. Dawson and Michael Ray Hill, as the successors-in-interest to Jamie T. Dawson and James E. Hill, jointly own an undivided seven-eighths interest in the mineral estate in and under the 181-acre tract, subject to any outstanding oil, gas, and mineral leases executed by them, and that Thomas C. Merritt, trustee, as successor-in-interest to John L. and Treba Juanita Stone, owns the entire surface estate and an undivided one-eighth interest in the mineral estate in and under the 181-acre tract, subject to any outstanding oil, gas, and mineral lease executed by him.

We further order that the appellees, NETX Acquisitions, LLC, and Thomas C. Merritt, Trustee, pay all costs of this appeal.

RENDERED AUGUST 13, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk